**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HARRISON DIVISION**

**MICHELLE "MISSY" BABIN,**
**Special Administratrix of the**
**Estate of Larry Charles Babin, Jr., deceased** **PLAINTIFF**

**v.** **CASE NO. 3:24-cv-03057-DCF**

**JOHN MONTGOMERY, et al** **DEFENDANTS**

**PLAINTIFF'S MOTION FOR FED. R. CIV. P. 37(e) SANCTIONS BASED UPON SPOLIATION OF VIDEO RECORDED EVIDENCE**

Plaintiff, Michelle "Missy" Babin, Special Administratrix of the Estate of Larry Charles Babin, Jr., deceased, by and through her undersigned counsel, and for her Motion for Fed. R. Civ. P. 37(e) Sanctions Based Upon Spoliation of Video Recorded Evidence, states:

1. On December 30, 2023, Larry Babin was arrested and booked in to the Baxter County Detention Center ("BCDC") for alcohol related offenses.[1] He was admitted and detained at the BCDC where he remained until his death on January 6, 2024. During the booking process, he reported that he had medical issues and was

[1] DUI, refusal, speeding, careless driving, and probation violation and contempt of court for prior alcohol related offenses in Baxter County.

taking prescribed medications. His record documents a history of multiple alcohol related offenses.

2. Without being screened by a medical professional or provided with his medications, Mr. Babin was assigned to the general population (F-Pod) from December 2023, until January 3, 2024. Mr. Babin's behavior became abnormal including auditory and visual hallucinations reported by fellow detainees. F-Pod is monitored by recorded video camera.

3. Defendants Blake Due and Garrett Burns removed Mr. Babin from the general population based on his abnormal behavior and symptoms. On January 3, 2024, he was eventually moved to an individual isolation cell (G11) on the G-Hall for observation. In the process of moving Mr. Babin to cell G11, he sustained a head injury that caused significant bleeding. Both cell G11 and the G-Hall are monitored by recorded video camera.

4. A short time later on January 3, 2024, Mr. Babin was then placed in the detoxification cell for observation. He was observed by staff "rambling" and "coming off something." The detoxification cell is monitored by recorded video camera. The video footage has not been provided.

5. Mr. Babin was returned to cell G11 on January 4, 2024. The limited amount of video footage that was preserved and was provided to the Plaintiff shows the unmedicated Mr. Babin obviously suffering from severe alcohol withdrawal.

6. Mr. Babin was found unresponsive in his cell on January 6, 2024, and he was transferred to Baxter Regional Medical Center. He died shortly after he arrived of dehydration related to alcohol withdrawal and seizures.

7. On January 6, 2024, the Arkansas State Police began an investigation of Larry Babin's death.

8. On January 7, 2024, Larry Babin's children, Larry "Tripp" Babin III and Isabelle Babin attempted to contact Sherriff John Montgomery for details about the circumstances surrounding their father's death. On January 9, 2024, their call was returned by Sherriff Montgomery, and he informed them he would look into their father's death.

9. On January 12, 2024, Larry Babin's family attorney requested all video footage be preserved. The spoliation/preservation request was faxed, emailed and mailed to Sheriff Montgomery with a successful fax transmission, successful mail delivery pursuant to tracking, and a presumed successful email delivery as the family's attorney did not receive a failure notice.

10. On February 5, 2024, Plaintiff submitted a FOIA request to Sherriff Montgomery and Jail Administrator Sebastian Dennis for information pertaining to Larry Babin's intake and death. Additional FOIA requests were sent to David L. Ethredge, the Baxter County Prosecuting Attorney, who communicated to the Plaintiff's attorney that the information could not be provided until the criminal investigation was complete.

11. From the time Mr. Babin was booked into the BCDC on December 30, 2023 at 10:10 p.m. until he was "released" at 6:55 a.m. on January 6, 2024 (152 hours, 45 minutes), there is a total of 146 hours, 40 minutes of video footage that was not preserved, and is now unaccounted for and no longer available.

12. Significantly, the video footage provided in response to the request is the video footage of Mr. Babin being thrown into the G-Hall isolation cell on January 3, 2024, and his holding in isolation and detox cells from January 3rd until January 5th. However, Defendants only provided a fraction of this footage that is evidence of Defendants' indifference, leaving hours of evidence on the cutting room floor with no discernible reason or legal justification.

13. The Baxter County Detention Center preserves video footage for a ninety (90) day period before it is automatically recorded over.

14. Sheriff Montgomery and Administrator Dennis had actual knowledge from the Arkansas State Police that an investigation was pending on January 6, 2024, when the Arkansas State Police began formal interviews of the BCDC staff. They were additionally requested to preserve all video footage in a January 12, 2024 spoliation/preservation request from the undersigned counsel when the family made an inquiry into what had transpired leading up to Mr. Babin's death. They received an additional statutory obligation to preserve following the receipt of FOIA requests. Despite having knowledge of a pending investigation and of a formal spoliation/preservation request, Administrator Dennis testified in deposition that he

"cut out" video footage and provided only "snapshots" of the video footage requested by the Arkansas State Police.

15. Based on the foregoing, Plaintiff requests that Defendants Sheriff John Montgomery and Jail Administrator Sebastian Dennis' defenses be stricken pursuant to Fed. R. Civ. P. 37(e).

16. In support of Plaintiff's Motion for Spoliation Sanctions, Plaintiff relies on her Brief in Support of her Motion, which is filed simultaneously herewith, and the following exhibits:

| | |
|---|---|
| Exhibit A: | Deposition of John Montgomery |
| Exhibit B: | Preservation Letter to Sheriff |
| Exhibit C: | FOIA requests to Baxter County |
| Exhibit D: | Deposition of Sebastian Dennis |
| Exhibit E: | Plaintiff's Good Faith Letter |
| Exhibit F: | Defendants' Good Faith Letter |
| Exhibit G: | Cell G11 Video Footage |
| Exhibit H: | Deposition of Koby Wooledge |
| Exhibit I: | Deposition of Garrett Burns |
| Exhibit J-1A: | Detainee Audio Interview Jordan Williams |
| Exhibit J-1B: | Transcript of Jordan Williams Interview |
| Exhibit J-2A: | Detainee Audio Interview Justin Foster |
| Exhibit J-2B: | Transcript of Justin Foster Interview |
| Exhibit J-3A: | Detainee Audio Interview Christopher Jorsch |
| Exhibit J-3B: | Transcript of Christopher Jorsch Interview |
| Exhibit K: | Deposition of Blake Due |
| Exhibit L: | Deposition of Deanna Allen |
| Exhibit M: | Deposition of Sherry Hilton |
| Exhibit N: | Deposition of Jacob Zappa |
| Exhibit O: | Deposition of Tyler Brown |
| Exhibit P: | G-Hall Cell Check Video Footage |
| Exhibit Q: | Deposition of Tabitha Maze |
| Exhibit R: | FOIA Denials Pending Criminal Investigation |
| Exhibit S: | Deposition of Alena Brown |

WHEREFORE, Plaintiff respectfully requests that this Court order spoliation sanctions against Defendants Baxter County, Arkansas; Baxter County Sheriff John Montgomery; and Jail Administrator Sebastian Dennis; and enter default judgment in Plaintiff's favor and against Baxter County, Arkansas; Baxter County Sheriff John Montgomery; and Jail Administrator Sebastian Dennis; or in the alternative, instruct the jury that it must infer the destroyed evidence was unfavorable to the Baxter County Defendants, and award Plaintiff's attorney's fees and costs.

Dated: April 10, 2026

Respectfully submitted,

Paul J. James (ABA No. 83091)
**JAMES & CARTER, PLC**
100 River Bluff Drive, Suite 420
Little Rock, Arkansas 72202
(501) 372-1414 – Telephone
(501) 372-1659 – Facsimile
pjj@jamescarterlaw.com

***Attorney for Plaintiff***